**MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar No. 001396
mqc@call-law.com
**MITCHELL S. BISSON, ESQ.**
Nevada Bar No. 011920
mbisson@call-law.com
**CALLISTER & ASSOCIATES**
823 Las Vegas Blvd. South, Ste 330
Las Vegas, Nevada 89101
Telephone: (702) 385-3343
Facsimile: (702) 385-2899
*Attorneys for Plaintiffs, Counterdefendants,
and Third Party Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GLOBAL PANDA ENTERTAINMENT LLC, a Nevada limited liability company; and JIAXUAN INVESTMENT, LTD, a foreign limited company and member of Global Panda Entertainment, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>FAI WONG a/k/a HUI WANG, individually and as member of Global Panda Entertainment LLC; and DOES 1 through 10, inclusive, and ROES 11 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-01004-GMN-GWF<br><br>**JOINT STIPULATION AND ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS**<br><br>**(FIRST REQUEST)** |
| AND ALL RELATED CLAIMS | |

Counterdefendants JIAXUAN INVESTMENT, LTD, a foreign limited company, and ZHONGMIN XU, an individual (collectively, "Plaintiffs"), and Counterclaimant Fai Wong a/k/a Hui Wang, individually ("Wong", and together with Plaintiffs, the "Parties"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Counterclaimant filed his counterclaims on July 20, 2015;

WHEREAS, Counterdefendants' responsive pleading is due on August 11, 2015;

/…/…/

NOW, THEREFORE, pursuant to Local Rule 6-1 and subject to the approval of the Court, the Parties hereby stipulate as follows:

1. Counterdefendants' time to answer, move or otherwise respond to Counter-claimants counterclaims is hereby extended to August 25, 2015, which also coincides with the deadline to answer, move or otherwise respond to the Third Party Complaint;

2. This extension is not requested for any improper purpose or delay.

IT IS SO STIPULATED.

| DATED this 10th day of August, 2015 | DATED this 10th day of August, 2015. |
|---|---|
| CALLISTER & ASSOCIATES | DICKINSON WRIGHT PLLC |
| /s/ Mitchell S. Bisson<br>MATTHEW Q. CALLISTER, ESQ.<br>Nevada Bar No. 1396<br>Email: mqc@call-law.com<br>MITCHELL S. BISSON, ESQ.<br>Nevada Bar No. 11920<br>Email: mbisson@call-law.com<br>823 Las Vegas Boulevard South, Ste. 330<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiffs, Counterdefendants, and Third Party Defendants* | /s/ John L. Krieger<br>JOHN L. KRIEGER, ESQ.<br>Nevada Bar No. 6023<br>Email: jkrieger@dickinsonwright.com<br>GABRIEL A. BLUMBERG, ESQ.<br>Nevada Bar No. 12332<br>Email: gblumberg@dickinsonwright.com<br>8363 West Sunset Road, Suite 200<br>Las Vegas, Nevada 89113-2210<br>*Attorneys for Fai Wong a/k/a Hui Wang* |

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 08/10/2015.