**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GLOBAL PANDA ENTERTAINMENT LLC, a Nevada limited liability company, and JIAXUAN INVESTMENT, LTD., a foreign limited company and member of Global Panda Entertainment, LLC,<br><br>      Plaintiffs,<br><br>vs.<br><br>FAI WONG, a/k/ HUI WANG, individually and as member of Global Panda Entertainment LLC,<br><br>      Defendants. | Case No.: 2:15-cv-01004-GMN-GWF<br><br>**ORDER** |

  The Court has received the parties' Proposed Discovery Plan and Scheduling Order (#21) filed September 2, 2015.  LR 26-1(e)(1) sets a period of 180 days as a presumptively reasonable amount of time in which to conduct discovery.  Discovery plans requesting longer than 180 days from the date the first defendant answers or appears require special scheduling review.  LR 26-1(d) is explicit:

> Plans requesting special scheduling review shall include, in addition to the information required by Fed. R. Civ. P. 26(f) and LR 26-1(e), a statement of the reasons why longer or different time periods should apply to the case or, in cases in which the parties disagree as to the form or contents of the discovery plan, a statement of each party's position on each point in dispute.

  Even though the proposed Order does not expressly request discovery beyond 180 days, the proposed Scheduling Order before the Court actually requests 224 days from the date the first defendant appeared (July 20, 205) until February 29, 2015.  Accordingly,

. . .

1 **IT IS HEREBY ORDERED** that the parties' Proposed Discovery Plan and Scheduling
2 Order (#21) is denied, without prejudice.
3 **IT IS FURTHER ORDERED** that the parties are to file a revised Discovery Plan and
4 Scheduling Order in compliance with LR 26-1, including any request for special scheduling review,
5 within seven (7) days of the date of this order.
6 DATED this 3rd day of September, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge