# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLOBAL PANDA ENTERTAINMENT LLC, a Nevada limited liability company, and JIAXUAN INVESTMENT, LTD., a foreign limited company and member of Global Panda Entertainment, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FAI WONG, a/k/ HUI WANG, individually and as member of Global Panda Entertainment LLC,<br><br>Defendants. | Case No.: 2:15-cv-01004-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' proposed Joint Pretrial Order (ECF No. 60), filed on February 21, 2018. The Court held a status conference on March 16, 2018. Based on the representations and discussions made in open court, the Court orders the following:

**IT IS HEREBY ORDERED** that all proceedings in this matter, including the filing of a joint pretrial order, are STAYED for a period of 30 days from today's date.

**IT IS FURTHER ORDERED** that the parties shall file a status report regarding the progress of settlement on **March 30, 2018**. If the parties have lodged a stipulation of dismissal with the Court prior to that day, the requirement to file a status report will be waived.

DATED this 16th day of March, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge